Mary DOUGHERTY, Plaintiff–
Below, Appellant,

v.

Benjamin HIBBITS, Defendant–
Below, Appellee.

No. 510, 2015

Supreme Court of Delaware.

Submitted: April 13, 2016

Decided: April 15, 2016

Court Below: Superior Court of the State of Delaware, C.A. No. N14C–05–105.

AFFIRMED.

John H. SCHMIDT, Jr., Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 596, 2015

Supreme Court of Delaware.

Submitted: March 18, 2016

Decided: April 15, 2016

Court Below—Superior Court of the State of Delaware, Cr. ID No. 0111005916.

AFFIRMED.

David COSTON, Defendant–
Below, Appellant,

v.

STATE of Delaware, Plaintiff–
Below, Appellee.

No. 371, 2015

Supreme Court of Delaware.

Submitted: April 13, 2016

Decided: April 15, 2016

Court Below: Superior Court of the State of Delaware, Cr. ID. No. 1407012867.

AFFIRMED.